ROBERT A. DUNN
DUNN & BLACK, P.S.
Peyton Building, Suite 200
10 North Post
Spokane, Washington 99201
Telephone: (509) 455-8711

WILLIAM J. FLYNN, JR.
FLYNN, MERRIMAN & PALMER, P.S.
830 N. Columbia Center Blvd.
Kennewick, WA 99336
Telephone: (509) 783-7326

THOMAS A. WOLFE
THE WOLFE FIRM
AGC Bldg.
1200 Westlake Ave. North, Suite 809
Seattle, WA 98109-3590
Telephone: (206) 682-4488

Co-Attorneys for Plaintiffs

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 23 2002

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DANIEL R. AUTERY and RITA ANN
AUTERY, husband and wife, and
the marital community composed
thereof; SUSAN AUTERY a single
woman; JOSEPH BALMELLI and
DONNA BALMELLI, husband and
wife, and the martial community
composed thereof; VICTOR
BELOUSOV and GALINA

No. CT-02-5113-EFS

)
)
)
)
)
)
)
)
)
)

**COMPLAINT FOR
DAMAGES AND JURY
DEMAND**

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 1
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

BELOUSOV, husband and wife, and )
the marital community composed )
thereof, and DANIEL BELOUSOV )
and DENNIS BELOUSOV, their )
minor children; BENTON COUNTY, )
a political subdivision of )
Washington State; BENTON )
COUNTY P.U.D., a municipal )
corporation; THOMAS M. BRUN )
and KAREN M. BRUN, husband and )
wife, and the marital community )
composed thereof, CHARLOTTE )
BURRUS, a single woman; KELVIN )
CHURCH and TERESA BEVAN- )
CHURCH, husband and wife, and )
the marital community composed )
thereof, and ALEXANDREW )
BEVAN-CHURCH, ALEXANDREA )
BEVAN-CHURCH, SAMUEL BEVAN- )
CHURCH, GEORGE BEVAN- )
CHURCH, SUSAN BEVAN-CHURCH )
and KIMBERLY BEVAN-CHURCH, )
their minor children, and TERESA )
BEVAN-CHURCH as Personal )
Representative for THE ESTATE OF )
ABIGAIL KIMBERLY GRACE )
BEVAN-CHURCH, their minor child; )
THAD COLEMAN, a single )
man; CARL W. CRAWFORD and )
MYRTLE F. CRAWFORD, husband )
and wife, and the marital )
community composed thereof; )
ELOISE M. DEVINE, a single woman; )
SARAH DURBIN, a single woman; )

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 2
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

KENNETH ELLIOTT and )
CATHERINE ELLIOTT, husband )
and wife, and the marital )
community composed thereof; )
CHARLES EVANS and MAXINE )
EVANS, husband and wife, )
and the marital community )
composed thereof; CASSANDRA )
EVANS, a single woman; JARED )
EVANS, a single man; JOHN )
EVANS, a single man; RANDLE )
FELTS, a single man; PHILLIP )
HARPER and FLOY HARPER, )
husband and wife, and the marital )
community composed thereof; )
RICHARD HOWARD and VIRGINIA )
HOWARD, husband and wife, and )
the marital community composed )
thereof; SHANNON HOWARD, a )
single woman; MARK )
HUNTSMAN and MICHELE )
HUNTSMAN, husband and )
wife, and the marital community )
composed thereof, and MICHAEL )
HUNTSMAN, their minor child; )
CARRIE HUNTSMAN, a single )
woman; WILLIAM ISLEY and )
CONNIE ISLEY, husband and wife, )
and the marital community )
composed thereof, and JOEY )
ISLEY, their minor son; )
MARLA SHAFFER, a single woman; )
DONALD W. KRUGER and LENORE )
L. KRUGER, husband and wife, and )

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 3
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

the marital community composed )
thereof; TIMOTHY LACY and )
MARTHA LACY, husband and )
wife, and the marital community )
composed thereof, and )
JOSHUA LACY and LAURA LACY, )
their minor children; JOHN D. )
LEONARD and JUDY LEONARD, )
husband and wife, and the marital )
community composed thereof; )
KEVIN LEONARD, a single man; )
OLE LEONARD and PAT LEONARD, )
husband and wife, and the marital )
community composed thereof; )
ERIC A. McELROY and NANCY )
McELROY, husband and wife, and )
the marital community composed )
thereof, and CHRISTOPHER )
McELROY and ERIN McELROY, )
their minor children; BRENDAN )
McELROY, a single man; )
EDWARD NEASHAM, a married )
man; IRENE (PECK) NEASHAM, a )
married woman; EARL NORMAN )
and GAYLYNN NORMAN, husband )
and wife, and the marital community )
composed thereof, and CORINNA )
NORMAN, KRISTA NORMAN, )
JILLYN NORMAN, HANNAH )
NORMAN, and CODY NORMAN, )
their minor children; KRISTIN PECK, )
a single woman; MARTY ALLEN )
PECK, a single man; BRAD ROACH )
and CARLA ROACH, husband and )

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 4
...\hanford\complaint-1.wpd

**FLYNN, MERRIMAN & PALMER**
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

wife, and the marital community )
composed thereof; ALYX )
BURNHAM and  RACHEL )
BURNHAM-ROACH,  husband and )
wife, and the marital community )
composed thereof; JERRY )
ROSE and PATRICIA ROSE, )
husband and wife, and the marital )
community composed thereof; )
JACK ROSE, a single man; )
NICHOLE ROSE, a single woman; )
RICHARD ROSE, a single man; )
WILLIAM A. SMITH, a single man, )
and DUSTIN SMITH, JEREMY )
SMITH, CHARLES SMITH, and )
VICTORIA SMITH, his minor )
children; MICHAEL P. STORM )
and KATHRYN STORM, husband )
and wife, and the marital )
community composed thereof, and )
MATTHEW STORM, their minor )
child; SEAN STORM, a single man; )
RAYMOND WEAVER, JR. and )
DONZEL WEAVER, husband )
and wife, and the marital )
community composed thereof; )
JOHN M. ZACHARA, a single man, )
and PETER D. ZACHARA, his minor )
child; AMY O. ZACHARA, a single )
woman; HEATHER R. ZACHARA, )
a single woman; DILLON M. )
ZACHARA, a single man; STATE )
FARM INSURANCE COMPANY, as )
subrogee for its insureds, )

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 5
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

ELMER AINSWORTH and MILDRED )
AINSWORTH; STATE FARM )
INSURANCE COMPANY, as )
subrogee for its insureds, W. W. )
BRADHAM and DOLORES  P. )
BRADHAM, STATE FARM )
INSURANCE COMPANY, as )
subrogee for its insureds, LINDA R. )
CLEMENSEN and WILLIAM T. )
ROBERTS; MUTUAL OF )
ENUMCLAW INSURANCE )
COMPANY, as subrogee for its )
insureds,  JOHN G. COOKE and )
 P. ANTOINETTE  COOKE; )
 FOREMOST INSURANCE )
COMPANY, as subrogee for its )
insured, D. DAVIS; STATE FARM )
INSURANCE COMPANY, as )
subrogee for its insured, J.T. )
GREGOR; STATE FARM )
INSURANCE COMPANY, as )
subrogee for its insureds, RICKY )
HUCKFELDT and CATHY L. )
HUCKFELDT; PEMCO INSURANCE )
COMPANY, as subrogee for )
its insureds, WALTER LAIS and )
BEVERLY LAIS; STATE FARM )
INSURANCE COMPANY, as subrogee )
for its insureds, JOHN NOVAK and )
MARGARET NOVAK; FOREMOST )
INSURANCE COMPANY, as )
subrogee for its insureds, )
CLIFFORD PENDELL and MARIE )
PENDELL; FOREMOST )

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 6
...\hanford\complaint-1.wpd

**FLYNN, MERRIMAN & PALMER**
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

INSURANCE COMPANY, as )
subrogee for its insureds, JIMMIE )
ROSS and ROXIE ROSS; )
FOREMOST INSURANCE )
COMPANY, as subrogee )
for its insureds, TERESA SMITH )
and ERNEST FLOYD; STATE )
FARM INSURANCE COMPANY, as )
subrogee for its insured, RICHARD )
E. WELCH; STATE FARM )
INSURANCE COMPANY, as )
subrogee for its insureds, )
NEIL D. ZIMMERMAN and JANE )
THOMAS; SANDRA PIERCE, )
individually and as Personal )
Representative of THE ESTATE OF )
ROBERT PIERCE; THE ROBERT )
RANCH, a Washington partnership; )
BRAD HOWARD, a single man; )
KEVIN LONG, a single man; )
Interested Underwriters at )
LLOYDS OF LONDON, as )
subrogee for its insured )
METROPOLITAN MORTGAGE; )
and all other persons similarly )
situated as a pendent class )
suffering damage and/or injuries, )
)
    Plaintiffs, )
)
    vs. )
)
UNITED STATES OF AMERICA, by )
and through the DEPARTMENT OF )

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 7
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

1
2
3
4

ENERGY and THE UNITED STATES )
DEPARTMENT OF THE INTERIOR, )
FISH AND WILDLIFE SERVICE, )
 )
Defendants. )
_____)

5      Plaintiffs allege as follows:

6      ## PARTIES

7

8      1.      The Plaintiffs, Daniel R. Autery and Rita Ann Autery,

9      husband and wife, and the marital community composed thereof; Susan

10
11     Autery, a single woman; Joseph Balmelli and Donna Balmelli, husband

12     and wife, and the marital community composed thereof; Victor Belousov

13
14     and Galina Belousov, and the marital community composed thereof, and

15     Daniel Belousov and Dennis Belousov, their minor children; Thomas M.

16
17     Brun and Karen M. Brun, husband and wife, and the marital community

18     composed thereof; Charlotte Burrus, a single woman; Randle Felts, a

19     single man; Kelvin Church and Teresa Bevan-Church, husband and wife,
20
21     and the marital community composed thereof, and Alexandrew Bevan-

22     Church, Alexandrea Bevan-Church, Samuel Bevan-Church, George

23     Bevan-Church, Susan Bevan-Church, and Kimberly Bevan-Church, their
24

25     COMPLAINT FOR DAMAGES AND DEMAND
26     FOR JURY - 8
       ...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

minor children, and Teresa Bevan-Church as Personal Representative for

The Estate of Abigail Kimberly Grace Bevan-Church, their minor child;

Thad Coleman, a single man; Carl W. Crawford and Myrtle F. Crawford,

husband and wife, and the marital community composed thereof; Eloise

M. Devine, a single woman; Sarah Durbin, a single woman; Kenneth

Elliott and Catherine Elliott, husband and wife, and the marital

community composed thereof; Charles Evans and Maxine Evans,

husband and wife, and the marital community composed thereof;

Cassandra Evans, a single woman; Jared Evans, a single man; John

Evans, a single man; Phillip Harper and Floy Harper, husband and wife,

and the marital community composed thereof; Richard Howard and

Virginia Howard, husband and wife, and the marital community

composed thereof; Shannon Howard, a single woman; Mark Huntsman

and Michele Huntsman, husband and wife, and the marital community

composed thereof, and Michael Huntsman, their minor child; Carrie

Huntsman, a single woman; William Isley and Connie Isley, husband and

wife, and the marital community composed thereof, and Joey Isley,

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 9
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

their minor child; Marla Shaffer, a single woman; Donald W. Kruger and

Lenore L. Kruger, husband and wife, and the marital community

composed thereof; Timothy Lacy and Martha Lacy, husband and wife,

and the marital community composed thereof, and Joshua Lacy and

Laura Lacy, their minor children; John D. Leonard and Judy Leonard,

husband and wife, and the marital community composed thereof; Kevin

Leonard, a single man; Ole Leonard and Pat Leonard, husband and wife,

and the marital community composed thereof; Eric A. McElroy and

Nancy McElroy, husband and wife, and the marital community

composed thereof, and Christopher McElroy and Erin McElroy, their

minor children; Brendan McElroy, a single man; Edward Neasham, a

married man; Irene (Peck) Neasham, a married woman; Earl Norman and

Gaylynn Norman, husband and wife, and the marital community

composed thereof, and Corrina Norman, Krista Norman, Jillyn Norman,

Hannah Norman, and Cody Norman, their minor children; Kristin Peck,

a single woman; Marty Allen Peck, a single man; Brad Roach and Carla

Roach, husband and wife, and the marital community composed

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 10
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

thereof; Alyx Burnham and Rachel Burnham-Roach, husband and wife, and the marital community composed thereof; Jerry Rose and Patricia Rose, husband and wife, and the marital community composed thereof; Jack Rose, a single man; Nichole Rose, a single woman; Richard Rose, a single man; William A. Smith, a single man, and Dustin Smith, Jeremy Smith, Charles Smith, and Victoria Smith, his minor children; Michael P. Storm and Kathryn Storm, husband and wife, and the marital community composed thereof, and Matthew Storm, their minor child; Sean Storm, a single man; Raymond Weaver, Jr. and Donzel Weaver, husband and wife, and the marital community composed thereof; John M. Zachara , a single man, and Peter D. Zachara, his minor child; Amy O. Zachara, a single woman; Heather R. Zachara, a single woman; Dillon M. Zachara, a single man; Sandra Pierce on her behalf individually and as the surviving spouse of Robert Pierce, and on behalf of The Estate of Robert Pierce; Brad Howard, a single man; and Kevin Long, a single man; were at all times material hereto residents of Benton County, State of Washington.

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 11
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

2.    Mutual of Enumclaw Insurance Company (hereinafter "Mutual of Enumclaw") is a Washington corporation duly authorized to engage in the insurance business in the State of Washington, and having made payment to its insureds pursuant to a policy of insurance, is a subrogee for its insureds John G. Cooke and P. Antoinette Cooke, who were at all times material hereto residents of Benton County, State of Washington.

3.    Foremost Insurance Company (hereinafter "Foremost") is a foreign corporation duly authorized to engage in the insurance business in the State of Washington, and having made payment to its insureds pursuant to a policy of insurance, is a subrogee for its insureds D. Davis; Clifford Pendell and Marie Pendell; Jimmie Ross and Roxie Ross; Teresa Smith and Ernest Floyd, who were at all times material hereto residents of Benton County, State of Washington.

4.    Pemco Insurance Company (hereinafter "Pemco") is a Washington corporation duly authorized to engage in the insurance business in the State of Washington, and having made payment to its

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 12
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

insureds pursuant to a policy of insurance, is a subrogee for its insureds Walter Lais and Beverly Lais, who were at all times material hereto residents of Benton County, State of Washington.

5.     Interested Underwriters at Lloyds of London (hereinafter "Lloyds of London") is an affiliation of underwriters and insurers formed under the laws of the United Kingdom.  Said entity is authorized to engage in the insurance business in the State of Washington, and having made payment to its insured pursuant to a policy of insurance, is a subrogee for its insured, Metropolitan Mortgage, a corporation at all times material hereto doing business in Benton County, State of Washington.

6.     Benton County PUD is a Washington municipal corporation, licensed in Washington and doing business in Benton County.

7.     Benton County is a political subdivision of the State of Washington.

8.     State Farm Insurance Company (hereinafter "State Farm") is a Washington corporation duly authorized to engage in the insurance

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 13
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

business in the State of Washington, and having made payment to its insureds pursuant to a policy of insurance, is a subrogee for its insureds Elmer Ainsworth and Mildred Ainsworth; W. W. Bradham and Dolores P. Bradham; Linda R. Clemensen; William T. Roberts; J.T. Gregor; Ricky Huckfeldt and Cathy Huckfeldt; John J. Novak and Margaret L. Novak; Richard E. Welch; Neil D. Zimmerman; and Jane Thomas, who were at all times material hereto residents of Benton County, State of Washington.

9.    The Robert Ranch is a Washington partnership, licensed in Washington and doing business in Benton County, State of Washington.

10.    The Defendant United States of America (hereinafter "United States), by and through the Department of Energy and the Department of Interior, Fish and Wildlife Service are duly recognized agencies of the Defendant United States and, at all times material hereto, its employees were acting within the scope of employment as authorized representatives of the Defendant United States in conducting government business in the Eastern District of Washington.

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 14
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

## JURISDICTION

11.    The Federal District Court of the Eastern District of Washington has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b) and §2671 *et seq.*

12.    Venue of this matter is proper in the Federal District Court for the Eastern District of Washington pursuant to 28 U.S.C. §1391 because the Plaintiffs reside in the Eastern District of Washington, the property that is the subject of the action is situated therein.  Further, the Defendant United States was authorized to do and was doing business in the Eastern District of Washington, and the claim and the events which are the subject of this action arose and occurred in the Eastern District of Washington.

## FACTS

13.    The Defendant United States, by and through the Department of Energy (hereinafter "DOE"), and the Department of Interior, Fish and Wildlife Service (hereinafter "FWS") at all times material hereto acting as representatives of the United States, owned,

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 15
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

possessed or occupied land under the control of the DOE and/or FWS at or near Richland, Washington, in Benton County which property is commonly referred to as the Hanford Site.

14. At all times material hereto, the Defendant United States, by and through the Department of Energy, recognized the need for establishing fire protection for area comprised of Government owned, or possessed land known as the Arid Land Ecology ("ALE") Reserve on the Hanford site located in Benton County. This fire protection area included certain lands bordering State Highway Route 24 (hereinafter "SR 24") to the south commencing at that point on the Hanford site known as the Yakima Barricade.

15. In recognition of the need for establishing such fire protection, the Defendant United States initially undertook to create and maintain firebreaks along and adjacent to SR 24 between the road shoulder and the highway fence and beyond.

16. At all times material hereto, the Defendant's established policy was to minimize the potential for human-caused fires on ALE by

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 16
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

maintaining firebreaks along site boundaries to limit the passage of fires onto or off of ALE, and if fires should occur, to use existing firebreaks and roadways for fighting fire.

17.    At some time prior to June 27, 2000, the FWS assumed management of the ALE located on the Hanford site under permit from DOE.

18.    The Defendant United States at all times material hereto, was aware of the extreme importance of firebreaks along SR 24 as a result of prior range fire experience.  As a result of that experience, the Defendant undertook the duty and responsibility to establish and maintain firebreaks each year, including along the SR 24 rights-of-way starting in 1984.  In furtherance of its fire prevention and protection duties and responsibilities, vagrant tumble weeds and vegetation were routinely burned by the Defendant to control fire danger, including along SR 24.

19.    At some time prior to June 27, 2000, the Defendant United States unilaterally and arbitrarily decided to discontinue maintenance of

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 17
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

the firebreaks necessary for public fire prevention and protection purposes, including along and adjacent to SR 24.

20.    The Defendant United States discontinued maintenance of the firebreaks despite notice and knowledge that such firebreaks were necessary and critical to the public as fire prevention, safety and protection to private lands and property adjacent to and surrounding the ALE and Government owned lands.

21.    The Defendant United States discontinued maintenance of such firebreaks despite knowing that its failure to do so caused great concern about the possibility of fire danger to landowners of property adjoining or surrounding the ALE and Government owned lands.

22.    Prior to June 27, 2000, Defendant United States was requested to reconsider its failure or refusal to re-establish and maintain firebreaks.  The Defendant ignored and/or refused the request to resume such firebreaks.

23.    Defendant United States' failure or refusal to maintain firebreaks along or adjacent to SR 24 created and allowed the

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 18
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

maintenance of a heavy fuel load and known fire hazard prior to June 27, 2000.

24.   On or before June 27, 2000, the National Weather Service had posted a red flag warning alerting the Defendant United States to an ongoing or imminent critical fire weather pattern.

25.   On June 27, 2000, on SR 24, at a location approximately 36 miles east of Yakima in Benton County and adjacent to the ALE property owned by the Defendant United States, a fire ignited on and along the roadway.

26.   As a direct result of Defendant having negligently failed to establish and maintain firebreaks, and negligently allowed an abundance of fuel and vegetation creating a known fire hazard to accumulate in areas that were intended to be established and maintained as firebreaks, including along the shoulder of SR 24, a fire occurred on and over the neglected firebreak area.

27.   The fire, being initially fed and fueled by the abundant vegetation and fire hazard which the Defendant had negligently

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 19
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

permitted to grow and accumulate in areas intended to be established and maintained as firebreaks, spread across and onto property owned by the Defendant United States, eventually leaving Defendant's property and entering onto the private property of the Plaintiffs.

28.    The Defendant United States in responding to the initial fire report failed or refused to act reasonably, prudently and/or in keeping with the requisite standard of care necessary to adequately prevent the fire from spreading eventually onto and over Plaintiffs' property.

29.    The fire which was fueled as a direct result of the Defendant's negligently established and maintained firebreaks, was further allowed to spread as a result of Defendant's negligent fire fighting or suppression conduct and efforts.  The fire ultimately burned nearly 300 square miles of both public and private lands, including lands and property owned and/or insured by the Plaintiffs.

30.    The Defendant's lack of firebreak maintenance as well as the Defendant's negligent failure or refusal to provide defensible firebreaks, including along SR 24 adjacent to the Defendant's property, together

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 20
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

with Defendant's negligent fire fighting or suppression conduct and efforts, was a direct cause of the fire spreading onto the ALE Reserve and ultimately onto Plaintiffs' properties.

31.   As a direct and proximate result of the fire, Plaintiffs and/or their insureds and /or their estates, suffered real and personal property damage, physical and emotional personal injury, wrongful death, loss of use, business expense and loss, firefighting expenses, severe inconvenience and other damages all in amounts to be proven at the time of trial.

32.   Also, as a direct and proximate result of the fire, Plaintiff insurance carriers and associations, including State Farm, Interested Underwriters at Lloyds, Mutual of Enumclaw, Pemco, and Foremost, paid to or on behalf of their insureds sums in connection with the damages suffered by their insureds, pursuant to policies of insurance issued to their respective insureds.  These Plaintiffs are now subrogated to the rights of their insureds to the extent of the payments.

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

## FIRST CAUSE OF ACTION
### (Negligence)

33.    Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 32 above as if fully set forth herein.

34.    The Defendant United States, is liable for the damages described in paragraphs 31 and 32 because its negligence, by and through its agencies and/or its employees acting within the scope of their office or employees, was the sole and proximate cause of said damages.

## SECOND CAUSE OF ACTION
### (Outrage)

35.    Plaintiffs restate and reallege by reference, Paragraphs 1 through 32 above as if fully set forth herein.

36.    Defendant's failure to take adequate and corrective action to maintain firebreaks in light of known dangerous propensities for catastrophic personal and property damage and its failure to act reasonably, prudently and/or in keeping with the requisite standard of care to prevent the fire from spreading onto the property of Plaintiffs

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 22
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

and/or Plaintiffs' insured's and/or their decedents, was so outrageous in character as to be absolutely intolerable in a civilized society and goes beyond all possible bounds of decency. Defendant owed a duty of care to said persons which it breached, such breach constituting the tort of outrage and which directly and proximately caused severe mental anguish, humiliation, embarrassment and emotional distress, for which Plaintiffs are entitled to recover damages.

## THIRD CAUSE OF ACTION
### (Infliction of Emotional Distress)

37.   Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 32 above as if set forth fully herein.

38.   The Defendant's unlawful conduct toward Plaintiffs and/or their decedents, was careless, reckless, unreasonable, and/or negligent, and the proximate cause of severe mental anguish and emotional distress being inflicted on said persons for which Plaintiffs are entitled to recover damages in amounts to be proven at the time of trial.

## FOURTH CAUSE OF ACTION
### (Trespass)

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 23
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

39.    Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 32 above as if set forth fully herein.

40.    Defendant is liable for the damages referenced in Paragraphs 31 and 32 because Defendant's negligent and/or reckless trespass was the sole and proximate cause of said damages.

## FIFTH CAUSE OF ACTION

### (Wrongful Death and Survival Statutes)

41.    Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 32 above as if fully set forth herein.

42.    The Defendant is liable to The Estates of Robert Pierce and Abigail Kimberly Grace Bevan-Church for damages pursuant to RCW Chapter 4.20.

43.    The Defendant is liable to Sandra Pierce for the wrongful death of her husband, Robert Pierce.  The Defendant is also liable to Kevin Church and Teresa Bevan-Church for the wrongful death of their daughter, Abigail Kimberly Grace Bevan-Church.

**WHEREFORE**, Plaintiffs pray for relief as follows:

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 24
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

44.    Judgment against the Defendant United States for all of Plaintiffs' general and compensatory damages and for special damages in  amounts to be proven at the time of trail;

45.    For Plaintiffs' costs and expenses incurred herein;

46.    For an award of reasonable attorneys fees;

47.    For prejudgment interest as provided by law; and

48.    For such other and further relief as the Court may deem just and proper.

## JURY DEMAND

Pursuant to Fed. R. Civ. P.  38, Plaintiffs hereby demand that this matter be tried by a jury.

DATED this $\underline{23}$ day of December, 2002.


DUNN & BLACK, P.S.


ROBERT A. DUNN

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 25
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW
830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631

THE WOLFE FIRM


THOMAS A. WOLFE


FLYNN, MERRIMAN & PALMER, P.S.


WILLIAM J. FLYNN, JR.
Co-Attorneys for Plaintiffs

COMPLAINT FOR DAMAGES AND DEMAND
FOR JURY - 26
...\hanford\complaint-1.wpd

FLYNN, MERRIMAN & PALMER
ATTORNEYS AT LAW

830 N. COLUMBIA CENTER BLVD., SUITE A
KENNEWICK, WA 99336
(509) 783-7326
FAX (509) 783-1631