ROBERT A. DUNN
DUNN & BLACK, P.S.
Peyton Building, Suite 200
10 North Post
Spokane, Washington 99201
Telephone: (509) 455-8711

WILLIAM J. FLYNN, JR.
FLYNN, MERRIMAN & PALMER, P.S.
830 N. Columbia Center Blvd.
Kennewick, WA 99336
Telephone: (509) 783-7326

THOMAS A. WOLFE
THE WOLFE FIRM
AGC Bldg.
1200 Westlake Ave. North, Suite 809
Seattle, WA 98109-3590
Telephone: (206) 682-4488

Co-Attorneys for Plaintiffs

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 13 2003

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DANIEL R. AUTERY and RITA ANN )     CT
AUTERY, husband and wife, and ) No. 02-5113-EFS
the marital community composed )
thereof; SUSAN AUTERY a single )
woman; JOSEPH BALMELLI and )
DONNA BALMELLI, husband and ) **AMENDED COMPLAINT FOR**
wife, and the martial community ) **DAMAGES AND JURY**
composed thereof; VICTOR ) **DEMAND**
BELOUSOV and GALINA )
BELOUSOV, husband and wife, and )
the marital community composed )
thereof, and DANIEL BELOUSOV )

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 1

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

and DENNIS BELOUSOV, their )
minor children; BENTON COUNTY, )
a political subdivision of )
Washington State; BENTON )
COUNTY P.U.D., a municipal )
corporation; THOMAS M. BRUN )
and KAREN M. BRUN, husband and )
wife, and the marital community )
composed thereof, CHARLOTTE )
BURRUS, a single woman; KELVIN )
CHURCH and TERESA BEVAN- )
CHURCH, husband and wife, and )
the marital community composed )
thereof, and ALEXANDREW )
BEVAN-CHURCH, ALEXANDREA )
BEVAN-CHURCH, SAMUEL BEVAN-)
CHURCH, GEORGE BEVAN- )
CHURCH, SUSAN BEVAN-CHURCH )
and KIMBERLY BEVAN-CHURCH, )
their minor children, and TERESA )
BEVAN-CHURCH as Personal )
Representative for THE ESTATE OF )
ABIGAIL KIMBERLY GRACE )
BEVAN-CHURCH, their minor child; )
THAD COLEMAN, a single )
man; CARL W. CRAWFORD and )
MYRTLE F. CRAWFORD, husband )
and wife, and the marital )
community composed thereof; )
ELOISE M. DEVINE, a single woman; )
SARAH DURBIN, a single woman; )
KENNETH ELLIOTT and )
CATHERINE ELLIOTT, husband )
and wife, and the marital )
community composed thereof; )
CHARLES EVANS and MAXINE )
EVANS, husband and wife, )

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 2

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

and the marital community
composed thereof; CASSANDRA
EVANS, a single woman; JARED
EVANS, a single man; JOHN
EVANS, a single man; RANDLE
FELTS, a single man; PHILLIP
HARPER and FLOY HARPER,
husband and wife, and the marital
community composed thereof;
RICHARD HOWARD and VIRGINIA
HOWARD, husband and wife, and
the marital community composed
thereof; SHANNON HOWARD, a
single woman; MARK
HUNTSMAN and MICHELE
HUNTSMAN, husband and
wife, and the marital community
composed thereof, and MICHAEL
HUNTSMAN, their minor child;
CARRIE HUNTSMAN, a single
woman; WILLIAM ISLEY and
CONNIE ISLEY, husband and wife,
and the marital community
composed thereof, and JOEY
ISLEY, their minor son;
MARLA SHAFFER, a single woman;
DONALD W. KRUGER and LENORE
L. KRUGER, husband and wife, and
the marital community composed
thereof; TIMOTHY LACY and
MARTHA LACY, husband and
wife, and the marital community
composed thereof, and
JOSHUA LACY and LAURA LACY,
their minor children; JOHN D.
LEONARD and JUDY LEONARD,
husband and wife, and the marital

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 3

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

community composed thereof;
KEVIN LEONARD, a single man;
OLE LEONARD and PAT LEONARD,
husband and wife, and the marital
community composed thereof;
ERIC A. McELROY and NANCY
McELROY, husband and wife, and
the marital community composed
thereof, and CHRISTOPHER
McELROY and ERIN McELROY,
their minor children; BRENDAN
McELROY, a single man;
EDWARD NEASHAM, a married
man; IRENE (PECK) NEASHAM, a
married woman; EARL NORMAN
and GAYLYNN NORMAN, husband
and wife, and the marital community
composed thereof, and CORINNA
NORMAN, KRISTA NORMAN,
JILLYN NORMAN, HANNAH
NORMAN, and CODY NORMAN,
their minor children; KRISTIN PECK,
a single woman; MARTY ALLEN
PECK, a single man; BRAD ROACH
and CARLA ROACH, husband and
wife, and the marital community
composed thereof; ALYX
BURNHAM and RACHEL
BURNHAM-ROACH, husband and
wife, and the marital community
composed thereof; JERRY
ROSE and PATRICIA ROSE,
husband and wife, and the marital
community composed thereof;
JACK ROSE, a single man;
NICHOLE ROSE, a single woman;
RICHARD ROSE, a single man;

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 4

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

WILLIAM A. SMITH, a single man, )
and DUSTIN SMITH, JEREMY )
SMITH, CHARLES SMITH, and )
VICTORIA SMITH, his minor )
children; MICHAEL P. STORM )
and KATHRYN STORM, husband )
and wife, and the marital )
community composed thereof, and )
MATTHEW STORM, their minor )
child; SEAN STORM, a single man; )
RAYMOND WEAVER, JR. and )
DONZEL WEAVER, husband )
and wife, and the marital )
community composed thereof; )
JOHN M. ZACHARA, a single man, )
and PETER D. ZACHARA, his minor )
child; AMY O. ZACHARA, a single )
woman; HEATHER R. ZACHARA, )
a single woman; DILLON M. )
ZACHARA, a single man; STATE )
FARM INSURANCE COMPANY, as )
subrogee for its insureds, )
ELMER AINSWORTH and MILDRED )
AINSWORTH; STATE FARM )
INSURANCE COMPANY, as )
subrogee for its insureds, W. W. )
BRADHAM and DOLORES P. )
BRADHAM, STATE FARM )
INSURANCE COMPANY, as )
subrogee for its insureds, LINDA R. )
CLEMENSEN and WILLIAM T. )
ROBERTS; MUTUAL OF )
ENUMCLAW INSURANCE )
COMPANY, as subrogee for its )
insureds, JOHN G. COOKE and )
P. ANTOINETTE COOKE; )
FOREMOST INSURANCE )

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 5

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

COMPANY, as subrogee for its
insured, D. DAVIS; STATE FARM
INSURANCE COMPANY, as
subrogee for its insured, J.T.
GREGOR; STATE FARM
INSURANCE COMPANY, as
subrogee for its insureds, RICKY
HUCKFELDT and CATHY L.
HUCKFELDT; PEMCO INSURANCE
COMPANY, as subrogee for
its insureds, WALTER LAIS and
BEVERLY LAIS; STATE FARM
INSURANCE COMPANY, as subrogee
for its insureds, JOHN NOVAK and
MARGARET NOVAK; FOREMOST
INSURANCE COMPANY, as
subrogee for its insureds,
CLIFFORD PENDELL and MARIE
PENDELL; FOREMOST
INSURANCE COMPANY, as
subrogee for its insureds, JIMMIE
ROSS and ROXIE ROSS;
FOREMOST INSURANCE
COMPANY, as subrogee
for its insureds, TERESA SMITH
and ERNEST FLOYD; STATE
FARM INSURANCE COMPANY, as
subrogee for its insured, RICHARD
E. WELCH; STATE FARM
INSURANCE COMPANY, as
subrogee for its insureds,
NEIL D. ZIMMERMAN and JANE
THOMAS; SANDRA PIERCE,
individually and as Personal
Representative of THE ESTATE OF
ROBERT PIERCE; THE ROBERT
RANCH, a Washington partnership;

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 6

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

BRAD HOWARD, a single man;                    )
KEVIN LONG, a single man;                     )
Interested Underwriters at                    )
LLOYDS OF LONDON, as                          )
subrogee for its insured                      )
METROPOLITAN MORTGAGE; THE )
STATE OF WASHINGTON, by and                   )
through DANIEL R. AUTREY, ET UX.,)
ET AL.,  as private attorney generals,        )
and all other persons similarly               )
situated as a pendent class                   )
suffering damage and/or injuries,             )
                                              )
              Plaintiffs,                     )
                                              )
        vs.                                   )
                                              )
UNITED STATES OF AMERICA, by                  )
and through the DEPARTMENT OF                 )
ENERGY and THE UNITED STATES                  )
DEPARTMENT OF THE INTERIOR,                   )
FISH AND WILDLIFE SERVICE,                    )
                                              )
              Defendants.                     )
_____)

Plaintiffs allege as follows:

## **PARTIES**

1.    The Plaintiffs, Daniel R. Autery and Rita Ann Autery, husband and wife,

and the marital community composed thereof; Susan Autery, a single woman; Joseph

Balmelli and Donna Balmelli, husband and wife, and the marital community

composed thereof; Victor Belousov and Galina Belousov, and the marital community

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 7

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

composed thereof, and Daniel Belousov and Dennis Belousov, their minor children;

Thomas M. Brun and Karen M. Brun, husband and wife, and the marital community

composed thereof; Charlotte Burrus, a single woman; Randle Felts, a single man;

Kelvin Church and Teresa Bevan-Church, husband and wife, and the marital

community composed thereof, and Alexandrew Bevan-Church, Alexandrea Bevan-

Church, Samuel Bevan-Church, George Bevan-Church, Susan Bevan-Church, and

Kimberly Bevan-Church, their minor children, and Teresa Bevan-Church as Personal

Representative for The Estate of Abigail Kimberly Grace Bevan-Church, their minor

child; Thad Coleman, a single man; Carl W. Crawford and Myrtle F. Crawford,

husband and wife, and the marital community composed thereof; Eloise M. Devine,

a single woman; Sarah Durbin, a single woman; Kenneth Elliott and Catherine Elliott,

husband and wife, and the marital community composed thereof; Charles Evans and

Maxine Evans, husband and wife, and the marital community composed thereof;

Cassandra Evans, a single woman; Jared Evans, a single man; John Evans, a single

man; Phillip Harper and Floy Harper, husband and wife, and the marital community

composed thereof; Richard Howard and Virginia Howard, husband and wife, and the

marital community composed thereof;  Shannon Howard, a single woman; Mark

Huntsman and Michele Huntsman, husband and wife, and the marital community

composed thereof, and Michael Huntsman, their minor child; Carrie Huntsman, a

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 8

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711  •  FAX: (509) 455-8734

single woman; William Isley and Connie Isley, husband and wife, and the marital community composed thereof, and Joey Isley, their minor child; Marla Shaffer, a single woman; Donald W. Kruger and Lenore L. Kruger, husband and wife, and the marital community composed thereof; Timothy Lacy and Martha Lacy, husband and wife, and the marital community composed thereof, and Joshua Lacy and Laura Lacy, their minor children; John D. Leonard and Judy Leonard, husband and wife, and the marital community composed thereof; Kevin Leonard, a single man; Ole Leonard and Pat Leonard, husband and wife, and the marital community composed thereof; Eric A. McElroy and Nancy McElroy, husband and wife, and the marital community composed thereof, and Christopher McElroy and Erin McElroy, their minor children; Brendan McElroy, a single man; Edward Neasham, a married man; Irene (Peck) Neasham, a married woman; Earl Norman and Gaylynn Norman, husband and wife, and the marital community composed thereof, and Corrina Norman, Krista Norman, Jillyn Norman, Hannah Norman, and Cody Norman, their minor children; Kristin Peck, a single woman; Marty Allen Peck, a single man; Brad Roach and Carla Roach, husband and wife, and the marital community composed thereof; Alyx Burnham and Rachel Burnham-Roach, husband and wife, and the marital community composed thereof; Jerry Rose and Patricia Rose, husband and wife, and the marital community composed thereof; Jack Rose, a single man; Nichole Rose, a single woman; Richard

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 9

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

Rose, a single man; William A. Smith, a single man, and Dustin Smith, Jeremy Smith, Charles Smith, and Victoria Smith, his minor children; Michael P. Storm and Kathryn Storm, husband and wife, and the marital community composed thereof, and Matthew Storm, their minor child; Sean Storm, a single man; Raymond Weaver, Jr. and Donzel Weaver, husband and wife, and the marital community composed thereof; John M. Zachara , a single man, and Peter D. Zachara, his minor child; Amy O. Zachara, a single woman; Heather R. Zachara, a single woman; Dillon M. Zachara, a single man; Sandra Pierce on her behalf  individually and as the surviving spouse of Robert Pierce, and on behalf of The Estate of Robert Pierce; Brad Howard, a single man; and Kevin Long, a single man; were at all times material hereto residents of Benton County, State of Washington.

2.     Mutual of Enumclaw Insurance Company (hereinafter "Mutual of Enumclaw") is a Washington corporation duly authorized to engage in the insurance business in the State of Washington, and having made payment to its insureds pursuant to a policy of insurance, is a subrogee for its insureds John G. Cooke and P. Antoinette Cooke, who were at all times material hereto residents of Benton County, State of Washington.

3.     Foremost Insurance Company (hereinafter "Foremost") is a foreign corporation duly authorized to engage in the insurance business in the State of

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 10

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

Washington, and having made payment to its insureds pursuant to a policy of insurance, is a subrogee for its insureds D. Davis; Clifford Pendell and Marie Pendell; Jimmie Ross and Roxie Ross;  Teresa Smith and Ernest Floyd, who were at all times material hereto residents of Benton County, State of Washington.

4.    Pemco Insurance Company (hereinafter "Pemco") is a Washington corporation duly authorized to engage in the insurance business in the State of Washington, and having made payment to its insureds pursuant to a policy of insurance, is a subrogee for its insureds Walter Lais and Beverly Lais, who were at all times material hereto residents of Benton County, State of Washington.

5.    Interested Underwriters at Lloyds of London (hereinafter "Lloyds of London") is an affiliation of underwriters and insurers formed under the laws of the United Kingdom.  Said entity is authorized to engage in the insurance business in the State of Washington, and having made payment to its insured pursuant to a policy of insurance, is a subrogee for its insured, Metropolitan Mortgage, a corporation at all times material hereto doing business in Benton County, State of Washington.

6.    Benton County PUD is a Washington municipal corporation, licensed in Washington and doing business in Benton County.

7.    Benton County is a political subdivision of the State of Washington.

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 11

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

8.    State Farm Insurance Company (hereinafter "State Farm") is a Washington corporation duly authorized to engage in the insurance business in the State of Washington, and having made payment to its insureds pursuant to a policy of insurance, is a subrogee for its insureds Elmer Ainsworth and Mildred Ainsworth; W. W. Bradham and Dolores P. Bradham; Linda R. Clemensen; William T. Roberts; J.T. Gregor; Ricky Huckfeldt and Cathy Huckfeldt; John J. Novak and Margaret L. Novak; Richard E. Welch; Neil D. Zimmerman; and Jane Thomas, who were at all times material hereto residents of Benton County, State of Washington.

9.    The Robert Ranch is a Washington partnership, licensed in Washington and doing business in Benton County, State of Washington.

10.    Washington State is a governmental body and one of the fifty states of the United States of America.

11.    The Defendant United States of America (hereinafter "United States"), by and through the Department of Energy and the Department of Interior, Fish and Wildlife Service are duly recognized agencies of the Defendant United States and, at all times material hereto, its employees were acting within the scope of employment as authorized representatives of the Defendant United States in conducting government business in the Eastern District of Washington.

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 12

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## JURISDICTION

12.    The Federal District Court of the Eastern District of Washington has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b) and §2671 *et seq.*

13.    Venue of this matter is proper in the Federal District Court for the Eastern District of Washington pursuant to 28 U.S.C. §1391 because the Plaintiffs reside in the Eastern District of Washington, the property that is the subject of the action is situated therein.  Further, the Defendant United States was authorized to do and was doing business in the Eastern District of Washington, and the claim and the events which are the subject of this action arose and occurred in the Eastern District of Washington.

## FACTS

14.    The Defendant United States, by and through the Department of Energy (hereinafter "DOE"), and the Department of Interior, Fish and Wildlife Service (hereinafter "FWS") at all times material hereto acting as representatives of the United States, owned, possessed  or occupied land under the control of the DOE and/or FWS at or near Richland, Washington, in Benton County which property is commonly referred to as the Hanford Site.

15.    At all times material hereto, the Defendant United States, by and through the Department of Energy, recognized the need for establishing fire protection for

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 13

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

area comprised of Government owned, or possessed land known as the Arid Land
Ecology ("ALE") Reserve on the Hanford site located in Benton County. This fire
protection area included certain lands bordering State Highway Route 24 (hereinafter
"SR 24") to the south commencing at that point on the Hanford site known as the
Yakima Barricade.

16.    In recognition of the need for establishing such fire protection, the
Defendant United States initially undertook to create and maintain firebreaks along
and adjacent to SR 24 between the road shoulder and the highway fence and beyond.

17.    At all times material hereto, the Defendant's established policy was to
minimize the potential for human-caused fires on ALE by maintaining firebreaks
along site boundaries to limit the passage of fires onto or off of ALE, and if fires
should occur, to use existing firebreaks and roadways for fighting fire.

18.    At some time prior to June 27, 2000, the FWS assumed management of
the ALE located on the Hanford site under permit from DOE.

19.    The Defendant United States at all times material hereto, was aware of
the extreme importance of firebreaks along SR 24 as a result of prior range fire
experience. As a result of that experience, the Defendant undertook the duty and
responsibility to establish and maintain firebreaks each year, including along the SR
24 rights-of-way starting in 1984. In furtherance of its fire prevention and protection

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 14

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

duties and responsibilities, vagrant tumble weeds and vegetation were routinely burned by the Defendant to control fire danger, including along SR 24.

20.    At some time prior to June 27, 2000, the Defendant United States unilaterally and arbitrarily decided to discontinue maintenance of the firebreaks necessary for public fire prevention and protection purposes, including along and adjacent to SR 24.

21.    The Defendant United States discontinued maintenance of the firebreaks despite notice and knowledge that such firebreaks were necessary and critical to the public as fire prevention, safety and protection to private lands and property adjacent to and surrounding the ALE and Government owned lands.

22.    The Defendant United States discontinued maintenance of such firebreaks despite knowing that its failure to do so caused great concern about the possibility of fire danger to landowners of property adjoining or surrounding the ALE and Government owned lands.

23.    Prior to June 27, 2000, Defendant United States was requested to reconsider its failure or refusal to re-establish and maintain firebreaks.    The Defendant ignored and/or refused the request to resume such firebreaks.

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 15

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

24.    Defendant United States' failure or refusal to maintain firebreaks along or adjacent to SR 24 created and allowed the maintenance of a heavy fuel load and known fire hazard prior to June 27, 2000.

25.    On or before June 27, 2000, the National Weather Service had posted a red flag warning alerting the Defendant United States to an ongoing or imminent critical fire weather pattern.

26.    On June 27, 2000, on SR 24, at a location approximately 36 miles east of Yakima in Benton County and adjacent to the ALE property owned by the Defendant United States, a fire ignited on and along the roadway.

27.    As a direct result of Defendant having negligently failed to establish and maintain firebreaks, and negligently allowed an abundance of fuel and vegetation creating a known fire hazard to accumulate in areas that were intended to be established and maintained as firebreaks, including along the shoulder of SR 24, a fire occurred on and over the neglected firebreak area.

28.    The fire, being initially fed and fueled by the abundant vegetation and fire hazard which the Defendant had negligently permitted to grow and accumulate in areas intended to be established and maintained as firebreaks, spread across and onto property owned by the Defendant United States, eventually leaving Defendant's property and entering onto the private property of the Plaintiffs.

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 16

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

29.    The Defendant United States in responding to the initial fire report failed or refused to act reasonably, prudently and/or in keeping with the requisite standard of care necessary to adequately prevent the fire from spreading eventually onto and over Plaintiffs' property.

30.    The fire which was fueled as a direct result of the Defendant's negligently established and maintained firebreaks, was further allowed to spread as a result of Defendant's negligent fire fighting or suppression conduct and efforts. The fire ultimately burned nearly 300 square miles of both public and private lands, including lands and property owned and/or insured by the Plaintiffs.

31.    The Defendant's lack of firebreak maintenance as well as the Defendant's negligent failure or refusal to provide defensible firebreaks, including along SR 24 adjacent to the Defendant's property, together with Defendant's negligent fire fighting or suppression conduct and efforts, was a direct cause of the fire spreading onto the ALE Reserve and ultimately onto Plaintiffs' properties.

32.    As a direct and proximate result of the fire, Plaintiffs and/or their insureds and /or their estates, suffered real and personal property damage, physical and emotional personal injury, wrongful death, loss of use, business expense and loss, firefighting expenses, severe inconvenience and other damages all in amounts to be proven at the time of trial.

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 17

Dunn & Black
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

33.    As a direct and proximate result of the fire, Plaintiff insurance carriers and associations, including State Farm, Interested Underwriters at Lloyds, Mutual of Enumclaw, Pemco, and Foremost, paid to or on behalf of their insureds sums in connection with the damages suffered by their insureds, pursuant to policies of insurance issued to their respective insureds.  These Plaintiffs are now subrogated to the rights of their insureds to the extent of the payments.

34.    Also, as a direct and proximate result of the fire and Defendant's negligence, the Plaintiff State of Washington suffered damage and loss to animals, game, wildlife, species and habitat belonging to the State as a resource as well as having impaired and impacted outdoor recreational opportunities all in amounts to be proven at the time of trial.

## FIRST CAUSE OF ACTION
**(Negligence)**

35.    Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 34 above as if fully set forth herein.

36.    The Defendant United States, is liable for the above-referenced damages because its negligence, by and through its agencies and/or its employees acting within the scope of their office or employees, was the sole and proximate cause of said damages.

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 18

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

## SECOND CAUSE OF ACTION
### (Outrage)

37.    Plaintiffs restate and reallege by reference, Paragraphs 1 through 36 above as if fully set forth herein.

38.    Defendant's failure to take adequate and corrective action to maintain firebreaks in light of known dangerous propensities for catastrophic personal and property damage and its failure to act reasonably, prudently and/or in keeping with the requisite standard of care to prevent the fire from spreading onto the property of Plaintiffs and/or Plaintiffs' insured's and/or their decedents, was so outrageous in character as to be absolutely intolerable in a civilized society and goes beyond all possible bounds of decency. Defendant owed a duty of care to said persons which it breached, such breach constituting the tort of outrage and which directly and proximately caused severe mental anguish, humiliation, embarrassment and emotional distress, for which Plaintiffs are entitled to recover damages.

## THIRD CAUSE OF ACTION
### (Infliction of Emotional Distress)

39.    Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 38 above as if set forth fully herein.

40.    The Defendant's unlawful conduct toward Plaintiffs and/or their decedents, was careless, reckless, unreasonable, and/or negligent, and the proximate

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 19

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

cause of severe mental anguish and emotional distress being inflicted on said persons for which Plaintiffs are entitled to recover damages in amounts to be proven at the time of trial.

## FOURTH CAUSE OF ACTION
### (Trespass)

41.   Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 40 above as if set forth fully herein.

42.   Defendant is liable for the above-referenced damages because Defendant's negligent and/or reckless trespass was the sole and proximate cause of said damages.

## FIFTH CAUSE OF ACTION
### (Wrongful Death and Survival Statutes)

43.   Plaintiffs reallege and incorporate by reference, Paragraphs 1 through 42 above as if fully set forth herein.

44.   The Defendant is liable to The Estates of Robert Pierce and Abigail Kimberly Grace Bevan-Church for damages pursuant to RCW Chapter 4.20.

45.   The Defendant is liable to Sandra Pierce for the wrongful death of her husband, Robert Pierce. The Defendant is also liable to Kevin Church and Teresa Bevan-Church for the wrongful death of their daughter, Abigail Kimberly Grace Bevan-Church.

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 20

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734

**WHEREFORE**, Plaintiffs pray for relief as follows:

1.    Judgment against the Defendant United States for all of Plaintiffs' general and compensatory damages and for special damages in amounts to be proven at the time of trail;

2.    For Plaintiffs' costs and expenses incurred herein;

3.    For an award of reasonable attorneys fees;

4.    For prejudgment interest as provided by law; and

5.    For such other and further relief as the Court may deem just and proper.

## <u>JURY DEMAND</u>

Pursuant to Fed. R. Civ. P. 38, Plaintiffs hereby demand that this matter be tried by a jury.

DATED this **12** day of February, 2003.

DUNN & BLACK, P.S.

ROBERT A. DUNN

THE WOLFE FIRM
THOMAS A. WOLFE
Co-Attorney for Plaintiffs

FLYNN, MERRIMAN & PALMER, P.S.
WILLIAM J. FLYNN
Co-Attorney for Plaintiffs

{Wpdocs\1459\amendcomplaint.211}

AMENDED COMPLAINT FOR DAMAGES AND JURY DEMAND - 21

**Dunn & Black**
A Professional Service Corp.

Peyton Building
10 North Post, Suite 200
Spokane, WA 99201
VOICE: (509) 455-8711 • FAX: (509) 455-8734